UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gordon & Ferguson of Delaware, Inc.,

Plaintiff,

v.

Gander Mountain, LLC,

Defendant.

Civil No. 00-2356 (MJD/SRN)

**AMENDED NOTICE OF PRETRIAL CONFERENCE**

TO: Plaintiff above named and to Michael A. Mitchell, Esq., Briggs & Morgan, 2400 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, attorneys for Plaintiff;

Defendant above named and to Peter McCreery Lancaster, Esq., Dorsey & Whitney, Pillsbury Center South, 220 South 6th Street, Minneapolis, MN 55402; and Sri K. Sankaran, Esq., Patterson & Keough, 4800 IDS Center, 80 South 8th Street Minneapolis, MN 55402-1314 , attorneys for Defendants.

If counsel for all parties are not listed above, it is the responsibility of Plaintiff's counsel to (1) immediately notify those parties and counsel of this conference.

## I. DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16 of the Rules of this District as amended effective November 1, 1996, a pretrial conference of trial counsel in the above matter will be held in Chambers at 242 U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, on **January 11, 2001, at 10:30 a.m.** before United States Magistrate Judge Susan Richard Nelson to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters.

Filed DEC 28 2000
Francis E. Dosal, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________

Counsel have submitted to the Court the required Rule 26(f) Report and confidential letters addressing settlement efforts.

Dated: December 28, 2000.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge