UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GORDON & FERGUSON
OF DELAWARE, INC.,

Plaintiff,

v.

GANDER MOUNTAIN, LLC,

Defendant.

Case Number: 00-CV-2356 MJD/SRN

**STIPULATED ORDER**

The parties hereby stipulate that the existing deadline for amending pleadings of March 1, 2001, shall be extended to April 15, 2001. The basis for the extension is that various discovery issues have delayed the commencement of depositions, and both parties seek to have the opportunity for a round of depositions before the deadline for amendments expires.

**DORSEY & WHITNEY LLP**

Date: February 28, 2001.

By________________________
Peter M. Lancaster (No. 159840)
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-7811

**Attorneys for Defendant**

MAR 0 1 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Date: February 28, 2001.

By [signature]
Richard G. Mark (No. 67581)
Michael A. Mitchell (No. 259627)
2400 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-7811

**Attorneys for Plaintiff**

It is so ordered.

[signature]
Magistrate Judge Susan Richard Nelson