IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Gordon & Ferguson of Delaware, Inc., a Delaware corporation,

Plaintiff,

vs.

Gander Mountain, LLC, a Delaware limited liability company,

Defendant.

Civil No. 00-CV-2356 MJD/SRN

**STIPULATED ORDER**

The parties hereby stipulate that the existing deadline for amending pleadings of April 15, 2001, shall be extended to April 30, 2001. The basis for the extension is that the parties have engaged in settlement discussions and believe that a settlement can be reached to resolve this matter.

Dated: April 12, 2001.

**BRIGGS AND MORGAN**

By [signature]

Richard G. Mark (#67581)
Michael A. Mitchell (#259627)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR PLAINTIFF GORDON & FERGUSON OF DELAWARE, INC., a Delaware corporation**

FILED APR 13 2001
FRANCIS E. DOSA
JUDGMENT ENTD
DEPUTY CLERK

Date: April 12, 2001

DORSEY & WHITNEY LLP

By [signature]
Peter Lancaster (#159840)
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-3811

**ATTORNEYS FOR DEFENDANT**

It is so ordered.

[signature]
Magistrate Judge Susan Richard Nelson