**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

Gordon & Ferguson of Delaware, Inc.,
a Delaware corporation,

Plaintiff,

vs.

Gander Mountain, LLC, a
Delaware limited liability company,

Defendant.

Civil No. 00-CV-2356 MJD/SRN

**STIPULATION FOR DISMISSAL**
AND ORDER

IT IS HEREBY STIPULATED AND AGREED between plaintiff Gordon & Ferguson of Delaware, Inc. ("Gordon & Ferguson") and defendant Gander Mountain, LLC ("Gander Mountain"), subject to the approval and order of the Court, that:

1. The Complaint and Counterclaim filed by the parties in this case shall be dismissed with prejudice.

2. Within thirty days of the date of the dismissal of this action, Gordon & Ferguson shall file a petition with the United States Patent and Trademark Office to voluntarily surrender U.S. Registration No. 1,297,746 pursuant to Trademark Rule 2.172, 37 C.F.R. § 2.172 and shall pursue the petition through completion. The necessary papers for such proceedings shall be prepared by and at the expense of Gander Mountain, and any filing or administrative fees for such proceedings shall be borne by Gander Mountain.

3. Gordon & Ferguson shall not oppose any application by Gander Mountain to register GUIDE SERIES marks.

FILED MAY [illegible]
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Through this dismissal, the parties intend to resolve and release all claims that were or could have been made in this action with respect to the parties' use of the GUIDE SERIES trademark.

5. Each party shall pay its own expenses, costs, and attorney fees relating to this action.

Dated: 4/30/01

**DORSEY & WHITNEY LLP**

By [signature]
Peter Lancaster (#159840)
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-3811

**ATTORNEYS FOR DEFENDANT**

Dated: 4/30/01

**BRIGGS AND MORGAN**

By [signature]
Richard G. Mark (#67581)
Michael A. Mitchell (#259627)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR PLAINTIFF GORDON & FERGUSON OF DELAWARE, INC., a Delaware corporation**

It is so ordered.

Michael J. Davis

Honorable Michael J. Davis
United States District Judge

May 9, 2001

00-CV-2356